**Jimmie J. CROW, Plaintiff In Error,**

v.

**STATE of Oklahoma, Defendant In Error.**

No. A–12383.

Criminal Court of Appeals of Oklahoma.

Jan. 2, 1957.

Charles W. Jennings, Lawton, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., Sam H. Lattimore, Asst. Atty. Gen., for defendant in error.

JONES, Presiding Judge.

This is an appeal by Jimmie J. Crow from a conviction sustained in the Coun-ty Court of Comanche County for the offense of driving an automobile on U. S. Highway 277 while under the influence of intoxicating liquor wherein the accused was sentenced to serve a term of 10 days in the county jail and to pay a fine of $250 and costs.

The evidence was sufficient to sustain the conviction and no errors were found.

Affirmed.

BRETT and POWELL, JJ., concur.